JS-6



UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

KY VAN NGUYEN,

    Petitioner,

    v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security, et al.,

    Respondents.

Case No. 5:26-cv-02134-DTB

**J U D G M E N T**

Pursuant to the Order Granting Petition for Writ of Habeas Corpus,

IT IS ADJUDGED that the Petition is granted and a writ of habeas corpus shall be issued requiring Respondents to immediately release Petitioner from custody, subject to the terms of his 2010 OSUP, and return all property confiscated from him during his arrest and processing into detention. Respondents and their officers, agents, employees, attorneys and persons acting on their behalf in concert or in participation with them, are enjoined from redetaining Petitioner without notice and a predetention hearing before a neutral arbiter at which the government bears the burden of proving that Petitioner is a flight risk or danger to the community. Respondents shall file a status report within two (2) business days to confirm that

Petitioner has been released from custody pursuant to the Order Granting Petition for Writ of Habeas Corpus.

DATED: ___May 20, 2026___

_____
DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2